

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00171-CV

———————————————

IN RE JACOB WHITE, Relator

---

Original Proceeding
County Criminal Court No. 10 of Tarrant County, Texas
Trial Court No. HB 10054, JP03-23-PB00000010

---

Before Bassel, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's amended petition for writ of habeas corpus and is of the opinion that relief should be denied.  Accordingly, relator's amended petition for writ of habeas corpus is denied.

Per Curiam

Delivered:  May 18, 2023